No. 224. GOOD ET AL. *v.* DOW CHEMICAL CO. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by

28 U. S. C. § 2103, certiorari is denied. *Hayden C. Covington* for appellants. *W. S. Elkins* and *Leroy Jeffers* for appellee.